In the matter of ABRAHAM D. RUSSELL, on complaint of GRAHAM B. HOAG.

An attorney has a lien upon the papers in his client's cause, until all his costs are paid. Where there is a dispute about the amount of such costs, it is a proper subject of reference, which must be decided before the attorney is bound to deliver up the papers.

*Motion on the part of complainant, that Abraham D. Russell, Esq., deliver up to said Hoag a certain bill of exceptions and papers taken on the trial of Alexander Hoag.*—In this matter Russell was employed as counsel for Alexander Hoag, who was committed for felony; a trial was had before the general sessions of the peace in the city of New York, on the 15th December, 1843; defendant was convicted ; Russell took exceptions, and procured a certificate to stay execution, and removed the cause into this court by writ of error. At the May term, 1844, of this court, the bill of exceptions was argued before this court, and a decision made reversing the judgment of the general sessions of the peace. On the 5th August, 1844, a second trial was had before said general sessions, which resulted in a verdict of conviction of said defendant Hoag; upon which trial exceptions were again taken by said Russell, which were settled and sealed. In consequence of the escape of said Hoag from prison, the exceptions were not filed, but were then in possession of said Russell. After Hoag was retaken and confined in prison, Russell took no further steps in the matter, in consequence of information received from said defendant, Hoag, that he did not wish it. Hoag was sentenced to state's prison for five years. In January last Graham B. Hoag requested the exceptions delivered to him, which was refused, unless he paid a balance of costs which Russell claimed, of $50. Graham B. Hoag alleged he had paid said Russell, and David Graham, the associate counsel, subsequent to the first trial, $687·50, excepting $40, which was paid previously; and that William Hoag, another brother, paid to said Russell and Graham, $200, for services on the first trial, not included in the above amount.

R. F. WINSLOW, *Compts Counsel.*     R. F. WINSLOW, *Compts Atty.*

A. D. RUSSELL, *Counsel in pro. per.*     A. D. RUSSELL, *in pro. per.*

BRONSON, Chief Justice.—This is a proper matter for reference, to ascertain what amount of costs, if any, are due to Mr. Russell. He has a lien, as attorney, upon the papers, until all his costs are paid.

*Decision—Ordered,* That the complaint be referred to William P. Hallett, Esq., clerk of this court, to ascertain if any, and what amount is due said Russell for his costs and fees, for his services in defending Alexander Hoag; and if said Hallett shall be of opinion that there is nothing due to said Russell for his said services, then, that said Russell be, and he is hereby ordered to deliver to said Graham B. Hoag, or to Robert F. Winslow, the counsel employed by him, the said bill of exceptions; and if said Hallett shall be of opinion that any costs or fees are due to said Russell,

then, that said Russell deliver to said Graham B. Hoag, or to said counsel employed by him, the said bill of exceptions, on payment to him of the amount so in the opinion of said Hallett due to said Russell.